SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company,
Vishay Siliconix, Inc./Vishay Intertechnology, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALVES,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, VISHAY SILICONIX, INC./VISHAY INTERTECHNOLOGY, INC.,<br><br>            Defendants. | CASE NO. 2:08−CV−00492−MCE−KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR STATUS CONFERENCE AND FILING OF JOINT STATUS REPORT** |

Plaintiff Richard Alves and defendants Metropolitan Life Insurance Company and Vishay Siliconix, Inc./Vishay Intertechnology, Inc., by and through their attorneys, hereby stipulate and agree to extend the time for the parties to meet and confer and file a Joint Status Report, per Fed. R. Civ. P. 26(f), from October 20, 2008 to a date subsequent to November 17, 1008, at the convenience of the Court's calendar.

WHEREAS, on August 28, 2008, the court issued an Order Requiring Joint Status Report;

WHEREAS, on October 6, 2008, the parties' counsel met and conferred regarding the preparation of a joint status report;

///

SF/1543245v1

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, prior to the parties' completion of the joint status report, the wife of
2  plaintiff's counsel, David Allen, unexpectedly required medical attention and counsel remains
3  unavailable;

4  WHEREAS, on October 20, 2008, plaintiff's counsel's office contacted defendants'
5  counsel to advise that Mr. Allen will be unable to complete the joint status report due to his
6  absence from the office because of his wife's hospitalization;

7  WHEREAS, plaintiff's counsel is scheduled for trial from October 28, 2008 through and
8  including November 11, 2008;

9  WHEREAS, plaintiff's counsel will be out of town from November 12, 2008 through and
10 including November 20, 2008

11 NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
12 order the filing of the Joint Status Report be due on or after November 17, 2008, consistent with
13 a revised status conference date to be set by the Court.

14 IT IS SO AGREED AND STIPULATED.

15 DATED:  October 20, 2008           DAVID ALLEN & ASSOCIATES

16                                    By: /s/ David Allen (as authorized on 10/20/08)
17                                        David Allen
                                          Attorneys for Plaintiff
18                                        Richard Alves

19 DATED:  October 20, 2008           SEDGWICK, DETERT, MORAN & ARNOLD LLP

20                                    By: /s/ Rebecca A. Hull
                                          Rebecca A. Hull
21                                        Cari A. Cohorn
                                          Attorneys for Defendants
22                                        Metropolitan Life Insurance Company,
                                          Vishay Siliconix, Inc./Vishay Intertechnology,
23                                        Inc.

24
25
26
27
28

SF/1543245v1

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1 | ORDER

2 | Upon stipulation of the parties, and good cause appearing, it is ORDERED that the

3 | parties' Joint Status Report shall be filed on or before November 17, 2008.

4 | **IT IS SO ORDERED.**

5

6 | **DATED:** October 22, 2008

7 | _____

8 | MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SF/1543245v1

-3-

PDF created with pdfFactory trial version www.pdffactory.com