SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company,
Vishay Siliconix, Inc./Vishay Intertechnology, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALVES,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, VISHAY SILICONIX, INC./VISHAY INTERTECHNOLOGY, INC.,<br><br>        Defendants. | CASE NO. 2:08−CV−00492−MCE−KJM<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**[F.R.C.P. 41(A)(1)]** |

IT IS HEREBY ORDERED that the dismissal stipulated by and between the parties to this action, through their respective counsel of record, is granted and that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-    CASE NO. 2:08−CV−00492−MCE−KJM
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE